IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: MERIDIAN SHEET METAL, INC., <br>                                          Debtor. | Case No. 14-12258 SAH <br> Chapter 7 |

### TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND OTHER INTERESTS; BRIEF IN SUPPORT; NOTICE OF OPPORTUNITY FOR HEARING AND NOTICE OF HEARING IF A RESPONSE IS FILED

L. Win Holbrook, trustee of this case ("Trustee"), files this motion pursuant to 11 U.S.C. § 363(f) and Bankruptcy Rule 6004 to sell property of this bankruptcy estate free and clear of liens, claims and other interests. In support of the relief requested the Trustee would show the court the following:

### JURISDICTION AND VENUE

1. This court has jurisdiction to hear and determine this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion concerns the administration of Debtors' bankruptcy estate and therefore is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (O).

2. Venue is proper in this court pursuant to 28 U.S.C. §§ 1408 and 1409.

### STATEMENT OF FACTS

3. On May 29, 2014 the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code (Doc.#1)("Petition Date").

4. On December 17, 2014 the Office of the United States Trustee filed its second motion to convert this case from Chapter 11 to Chapter 7 or in the alternative to dismiss this case (Doc.#94). On December 19, 2014 the United States of America on behalf of the Internal

Revenue Service also filed a motion to dismiss this case or, in the alternative, to convert the case from Chapter 11 to Chapter 7 (Doc.#95). (Together referred to as "Conversion Motions".)

5. On February 10, 2015 the Conversion Motions came on for hearing at which time the parties announced an agreement had been reached to convert this case to one under Chapter 7. On February 11, 2015 the order converting the case was entered (Doc.#111). Also on February 11, 2015 L. Win Holbrook was appointed Chapter 7 trustee (Doc.#113).

6. Assets of the bankruptcy estate consist of vehicles, manufacturing equipment, inventory, materials, office furniture, fixtures and other personal property utilized in the Debtor's business ("Property").

7. All of the Property is subject to liens of the Internal Revenue Service, the Oklahoma Employment Security Commission and Oklahoma County Treasurer, which liens far exceed the value of the Property.

8. Contemporaneously with the filing of this Notice the Trustee is filing a Notice of Intent to Sell the Property at public auction to be conducted on April 15, 2015.

9. The Trustee proposes that such sale be free and clear of any and all liens, claims and other interests of any entity (including without limitation the above referenced entities) with the provision that all liens, claims, and other interests attach to the sale proceeds.

## BRIEF IN SUPPORT

Section 363(b)(1) of the Bankruptcy Code provides that a trustee "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). A sale of assets outside the ordinary course of business is a matter within the court's discretion, giving due consideration to the sound business judgment of

the proponent of the sale. *In re Continental Airlines, Inc.,* 780 F.2d 1223 (5th Cir. 1986); *In re Lionel Corp.,* 722 F.2d 1063 (2nd Cir. 1983).

Pursuant to 11 U.S.C. § 363, property of a bankruptcy estate may be sold free and clear of any interest in such property of an entity other than the estate only if certain criteria are established.[1] The criteria as set forth in section 363(f) are in the disjunctive; it is only necessary to satisfy one of the criteria. *In re Elliott,* 94 B.R.343 (E.D.Pa.1988). Moreover, "it has long been recognized that the bankruptcy court has the power to authorize the sale of property free of liens with the liens attaching to the proceeds, without the consent of the lienholder." 3 Lawrence P. King, *Collier on Bankruptcy,* ¶ 363.05[6], 363-42 to 43 (15th ed. rev. 1998).

In the case herein the Trustee has discussed the sale free and clear of liens with the attorney for the Internal Revenue Service and has been advised that the IRS consents to the sale free and clear. The Trustee further believes the other referenced secured creditors consent to the sale free and clear of their interests, provided the liens attach to the sale proceeds.

WHEREFORE, the Trustee requests that the Court enter an order (i) permitting the sale of the above described Property pursuant to 11 U.S.C. § 363, free and clear of all liens, claims and other interests; (ii) providing that the liens of Internal Revenue Service, the Oklahoma Employment Security Commission and Oklahoma County Treasurer, and any other creditor

---

[1] "The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if-
    (1)    applicable nonbankruptcy law permits sale of such property free and clear of such interest;
    (2)    such entity consents;
    (3)    such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
    (4)    such interest is in bona fide dispute; or
    (5)    such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest."
11 U.S.C. § 363(f).

asserting a valid lien affecting the Property, attach to the sales proceeds; and (iii) grant the Trustee such other and further relief as is just, equitable and appropriate.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult with your attorney about your rights and the effect of this document.** If you do not want the Court to grant the motion, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of the motion. You should also serve a file-stamped copy of your response or objection to the undersigned [and others who are required to be served] and file a certificate of service with the Court. A hearing on the motion has been set for April 1, 2015, at 9:30 A. M., before the Honorable Sarah Hall, in the 9th Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, Oklahoma 73102. If no response is timely filed, the Court may grant the motion without further notice.

[Note – this is a flat twenty-one (21) days regardless of the manner of service.]

## NOTICE OF HEARING
### (TO BE HELD IF A RESPONSE IS FILED)

**Notice is hereby given that if a response to the Motion to Sell Free and Clear of Liens, Claims and Other Interests is filed, the hearing on the matter will be held on April 1, 2015, at 9:30 A. M. in the 9th Floor courtroom of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, Oklahoma 73102. If no response is timely filed and the Court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.**

s/ L. Win Holbrook<br>
L. Win Holbrook, Trustee, OBA #4284<br>
100 North Broadway, Suite 3300<br>
Oklahoma City, OK 73102<br>
Telephone: (405) 235-8735<br>
wholbrook@andrewsdavis.com

## CERTIFICATE OF SERVICE

This is to certify that, in addition to those served electronically by the ECF System, on the 5th day of March, 2015 a file-stamped copy of this pleading was forwarded by U.S. Mail, first class, postage prepaid, to all entities on the matrix attached to the original of this pleading and to the following:

Meridian Sheet Metal, Inc.
2805 South Purdue
Oklahoma City, OK 73128

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kay Sewell
Assistant United States Attorney
Suite 400
210 Park Avenue
Oklahoma City, OK 73102

Forrest "Butch" Freeman
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

OFFICE OF THE UNITED STATES TRUSTEE
215 Dean A. McGee Avenue, 4th Floor
Oklahoma City, OK 73102

Kenneth Lee Peacher
4101 Perimeter Center Dr., Suite 200
Oklahoma City, OK 73112

Internal Revenue Service
1919 SMITH STREET
M/S 5024 HOU
Houston, TX 77002

Oklahoma Employment Security Commission
OESC-Legal Department
PO Box 53039
Oklahoma City, OK 73152-3039

Gretchen Crawford
Assistant District Attorney
320 Robert S. Kerr, Suite 505
Oklahoma City, OK 73102

s/ L. Win Holbrook<br>
L. Win Holbrook, Trustee, OBA #4284

Label Matrix for local noticing
1087-5
Case 14-12258
Western District of Oklahoma
Oklahoma City
Tue Mar  3 14:08:47 CST 2015

3 NINES TECHNOLOGIES
PO BOX 371
SHREVEPORT LA 71162-0371

AFCO
P O BOX 4795
CAROL STREAM IL 60197-4795

AGS SECURITY
P O BOX 650867
DALLAS TX 75265-0867

AM Supply Co
P O Box 271265
Oklahoma City OK 73137-1265

AT&T Advertising Solution
c/o McCarthy Burgess & Wolff
2600 Cannon Rd
Bedford OH 44146

BENECO
C/O U S DEPARTMENT OF LABOR
525 S GRIFFIN ST STE #900
DALLAS TX 75202-5042

BLUE CROSS & BLUE SHIELD
P O BOX 731428
DALLAS TX 75373-1428

Belger Cartage Service
P O Box 534
Bedford Park IL 60499-0534

Belger Cartage Service, Incorporated
c/o B. Jack Smith
Works & Lentz, Inc.
1437 S Boulder - Ste 900
Tulsa, OK 74119-3631

CITY OF OKLAHOMA CITY
P O BOX 26570
OKLAHOMA CITY OK 73126-0570

COMP SOURCE OKLAHOMA
P O BOXM 269021
OKLAHOMA CITY OK 73126-9021

CONCENTRA
238 QUANDRUM DR
OKLAHOMA CITY OK 73108-1101

CST Co
P O Box 224768
Dallas TX 75222-4768

Gretchen Crawford
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Suite 505
Oklahoma City, OK 73102-3412

DPS
P O Box 5578
Edmond OK 73083-5578

Engineered Equipment Inc.
P O Box 960248
Oklahoma City OK 73112

Engineered Systems & Energy Solutions
P O Box 18428
Oklahoma City OK 73154-0428

FIVE STAR EQUIPMENT
P O BOX 30153
EDMOND OK 73003-0003

Fastenal
3110 S Meridian
Oklahoma City OK 73119-1023

Federal Corporation
P O Box 2600
Oklahoma City OK 73101-2600

Federal Services LLC
210 E Main
Oklahoma City OK 73104

Ferguson Enterprises, Inc.
c/o Charles R. Swartz
Robinett Law Firm
624 S. Boston Ave., Ste. 900
Tulsa, Oklahoma 74119-1238

Filtration Services Group
43655 Utica Rd
Sterling Heights MI 48314-2359

GILL REPROGRAPHICS
7001 N SANTA FE
OKLAHOMA CITY OK 73116-9059

GRAINGER
DEPT 807806310
P O BOX 419267
KANSAS CITY MO 64141-6267

HEALTHPLAN SERVICES
P O BOX 30102
TAMPA FL 33630-3102

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

HOUSTON SPECIALTY INSURANCE COMPANY
BANK DIRECT CAPITAL FINANCE
P O BOX 660448
DALLAS TX 75266-0448

Health Extras
Alliant Services Houston Inc
P O Box 1069
Rockville MD 20849-1069

EXHIBIT A
PG 1 of 4 PGS

| | | |
|---|---|---|
| ~~J. Win Holbrook~~<br>Andrews Davis<br>100 North Broadway Suite 3300<br>~~Oklahoma City, OK 73102~~ | Hunzicker<br>P O Box 25248<br>Oklahoma City OK 73125-0248 | Internal Revenue Service<br>Special Procedures Branch<br>55 N Robinson Stop 5024<br>Oklahoma City OK 73102-9229 |
| Ira's Tire Shop<br>301 S Hudson<br>Oklahoma City OK 73109-5050 | LA King<br>P O Box 2415<br>Tulsa OK 74101-2415 | Latham Stall Wagner Seeele & Lehman<br>10441 S Regal Blvd., #200<br>Tulsa OK 74133-7192 |
| Logical Building Solutions Inc<br>3432 Lakeside Dr<br>Oklahoma City OK 73179-8428 | MERIDIAN SHEET METAL, INC. RETIREMENT SAVING<br>EMPLOYEE BENEFITS SECURITY ADMINISTRATIO<br>U.S. DEPT. OF LABOR<br>ATTN. INVESTIGATOR LUIS VELEZ<br>525 S. GRIFFIN STREET, ROOM 900<br>Dallas, TX 75202-5042 | MORRISON SUPPLY COMPANY<br>P O BOX 70<br>FORT WORTH TX 76101-0070 |
| Meridian Sheet Metal, Inc.<br>2805 South Purdue Dr<br>Oklahoma City, OK 73128-5804 | Midwest Insulation & Material Co<br>38 NE 48th St<br>Oklahoma City OK 73105-2019 | Morrison Supply Company LLC<br>Po Box 70<br>Forth Worth, TX 76101-0070 |
| National American Ins. Co.<br>1010 Manvel Ave<br>Chandler OK 74834-3854 | Robert C Newark III<br>Oklahoma Employment Security Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | OESC<br>P O BOX 52004<br>OKLAHOMA CITY OK 73152-2004 |
| OG & E<br>P O BOX 24990<br>OKLAHOMA CITY OK 73124-0990 | OKLAHOMA COUNTY TREASURER<br>P O BOX 268875<br>OKLAHOMA CITY OK 73126-8875 | OKLAHOMA TAX COMMISSION OFFICE<br>OF THE GENERAL COUNSEL<br>120 N. ROBINSON, SUITE 2000W<br>OKLAHOMA CITY OK 73102-7801 |
| ONG<br>P O BOX 219296<br>KANSAS CITY MO 64121-9296 | OSHA<br>55 N ROBINSON STE 135<br>OKLAHOMA CITY OK 73102-9237 | Office Depot<br>P O Box 630813<br>Cincinatti OH |
| Oklahoma County Treasurer<br>320 Robert S Kerr Ave<br>Room 307<br>Oklahoma City, OK 73102-3441 | Oklahoma Employment Security Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Employment Security Commission<br>Attn: OESC Legal Dept.<br>PO Box 53039<br>Oklahoma City  OK  73152-3039 |
| PRODUCTION PRODUCTS INC<br>30487 POTOMAC WAY<br>CHARLOTTE HALL MD 20622-3114 | Kenneth Lee Peacher<br>4101 Perimeter Center Dr., Suite 200<br>Oklahoma City, OK 73112-2312 | Pittney Bowes<br>2225 American Dr<br>Neenah WI 54956-1005 |
| Progressive<br>PO Box 105428<br>Atlanta GA 30348-5428 | QUILL.COM<br>P O BOX 37600<br>PHILADELPHIA PA 19101-0600 | R. L. Williams Co., Inc.<br>c/o B. Jack Smith<br>Works & Lentz, Inc.<br>1437 S Boulder - Ste 900<br>Tulsa, OK 74119-3631 |

EXHIBIT A
PG 2 of 4 PGS

| | | |
|---|---|---|
| R.B. Akins Company, an Oklahoma corporation<br>7301 Broadway Extension, Suite 200<br>Oklahoma City, OK 73116-9038 | RAY ALBRIGHT STEEL PRODUCTS INC<br>P O BOX 82373<br>1600 S MAY<br>OKLAHOMA CITY OK 73108-4435 | RB Atkins Company<br>4425 N Santa Fe Ave<br>Oklahoma City OK 73118-8001 |
| RL WILLIAMS<br>332 W 33RD ST<br>EDMOND OK 73013-3801 | ROWLAND EQUIPMENT<br>3 VINE ST<br>YUKON OK 73099-4011 | Ricchmond North Associates Inc<br>P O Box 963<br>Buffalo NY 14226-0963 |
| SAFEGUARD<br>118 CHURCH RD<br>LANSDALE PA 19446 | SIEMENS INDUSTRY INC C/O CITIBANK<br>P O BOX 2134<br>CAROL STREAM IL 60132-2134 | SLATER, TENAGLIA, FRITZ & HUNT PA LOCKBOX 24<br>P O BOX 8500<br>PHILADELPHIA PA 19178-2431 |
| SMITH CARNEY & CO PC<br>5100 N BROOKLINE STE#1000<br>OKLAHOMA CITY OK 73112-3627 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | STANLEY NATIONAL HARDWARE<br>19701 DAVINCI<br>FOOTHILL RANCH CA 92610-2622 |
| SUNLIFE FINANCIAL<br>P O BOX 7247-0381<br>PHILADELPHIA PA 19170-0381 | Sams Club<br>PO Box 530942<br>Atlanta GA 30353-0942 | Seton<br>c/o RMS<br>4836 Brecksville Rd<br>Richfield OH 44286-9177 |
| Kay Sewell<br>Assistant U.S. Attorney<br>210 Park Ave., Ste 400<br>Oklahoma City, OK 73102-5628 | Simplex Grinnell<br>Dept CH 10320<br>Palatine IL 60055-0320 | SimplexGrinnell<br>Attn Bankruptcy<br>50 Technology Drive<br>Westminster MA 01441-0001 |
| Charles Snyder<br>United States Trustee<br>215 Dean A. McGee Ave. 4th Fl.<br>Oklahoma City, OK 73102-3479 | Southwest Test and Balance LLC<br>200 NW 132nd St<br>Oklahoma City OK 73114-2306 | TRANE US INC<br>3600 PAMMEL CREEK RD<br>LA CROSSE WI 54601-7599 |
| Techno Adhesives Inc<br>12113 Mosteller Rd<br>Cincinnati OH 45241-1591 | ~~U.S. Trustee~~<br>~~United States Trustee~~<br>~~215 Dean A. McGee Ave., 4th Floor~~<br>~~Oklahoma City, OK 73102-3444~~ | UNITED HEALTHCARE<br>C/O ALLIED INTERSTATE<br>P O BOX 361626<br>COLUMBUS OH 43236-1626 |
| UNITED RENTALS<br>6125 LAKEVIEW RD STE #300<br>CHARLOTTE NC 28269-2616 | United States Trustee<br>215 Dean A. McGee, Fourth Floor<br>Oklahoma City, OK 73102-3444 | WORKS & LENTZ INC<br>1437 S BOULDER #900<br>TULSA OK 74119-3631 |
| West Connections of Oklahoma<br>4625 S Rockwell<br>Oklahoma City OK 73179-6415 | Works & Lenz Inc<br>3030 NW Expressway #1300<br>Oklahoma City OK 73112-5442 | Worth Hydrochem of Oklahoma Inc<br>P O Box 6447<br>Norman OK 73070-6447 |

EXHIBIT A
PG 3 of 4 PGS

Zurich North America
c/o RMS
P O Box 4647
Lutherville Timonium MD 21094-4647

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

HOME DEPOT
P O BOX 6028
THE LAKES NV 88901-6028

SPRINT
P O BOX 219554
KANSAS CITY MO 64121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)David T. Greenwell | (d)L. Win Holbrook<br>Andrews Davis<br>100 North Broadway Suite 3300<br>Oklahoma City, OK 73102 | (d)L. Win Holbrook<br>Andrews Davis<br>100 North Broadway Suite 3300<br>Oklahoma City, OK 73102 |
| (u)Dennis Maley<br>Dennis Maley, CPA, PLC | (d)Oklahoma Employment Security Commission<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 | (u)RL Williams |
| (u)United States of America (IRS) | End of Label Matrix<br>Mailable recipients   90<br>Bypassed recipients    7<br>Total                 97 | |

EXHIBIT A
PG 4 of 4 PGS